# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE KRAFT HEINZ SECURITIES LITIGATION | Case No. 1:19-cv-01339 <br><br> Honorable Robert M. Dow, Jr. |
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM, Individually, and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> THE KRAFT HEINZ COMPANY, 3G CAPITAL PARTNERS, 3G CAPITAL, INC., 3G GLOBAL FOOD HOLDINGS, L.P., 3G GLOBAL FOOD HOLDINGS GP LP, 3G CAPITAL PARTNERS LP, 3G CAPITAL PARTNERS II LP, 3G CAPITAL PARTNERS LTD., BERNARDO HEES, PAULO BASILIO, and ALEXANDRE BEHRING, <br><br> Defendants. | Case No. 1:20-cv-01970 <br><br> Honorable Sharon Johnson Coleman |

## NOTICE OF FILING

PLEASE TAKE NOTICE that, on the 22nd day of April, 2020, the undersigned filed by ECF with the Clerk of the United States District Court for the Northern District of Illinois the following documents in the matter of *In re Kraft Heinz Securities Litigation*, Case No. 19-cv-01339:

1. Lead Plaintiffs' Notice of Non-Opposition to Motion to Consolidate Related Case and Vacate PSLRA Notice, with attached Stipulation and [Proposed] Order and Certificate of Service, docketed at ECF No. 243.

Dated: April 22, 2020            Respectfully submitted,

                                               */s/ Sharan Nirmul*
**KESSLER TOPAZ MELTZER**
  **& CHECK, LLP**
Sharan Nirmul (# 90751)
Richard A. Russo, Jr. (*pro hac vice*)
Nathan A. Hasiuk (*pro hac vice*)
Lauren McGinley (*pro hac vice*)
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Email: snirmul@ktmc.com
       rrusso@ktmc.com
       nhasiuk@ktmc.com
       lmcginley@ktmc.com

*Counsel for Co-Lead Plaintiff Sjunde AP-Fonden and additional named Plaintiff Booker Enterprises Pty Ltd. and Co-Lead Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
Salvatore J. Graziano (*pro hac vice*)
Katherine M. Sinderson (*pro hac vice*)
Abe Alexander (*pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Email: salvatore@blbglaw.com
       katiem@blbglaw.com
       abe.alexander@blbglaw.com

Avi Josefson
875 North Michigan Avenue, Suite 3100
Chicago, Illinois 60611
Telephone: (312) 373-3880
Facsimile: (312) 794-7801
Email: avi@blbglaw.com

*Counsel for Co-Lead Plaintiff Union Asset Management Holding AG and Co-Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

  I, Sharan Nirmul, hereby certify that on April 22, 2020, I caused a true and correct copy of the foregoing *Notice of Filing* to be served on all counsel of record via the Court's ECF system.

            By: <u>*/s/ Sharan Nirmul*</u>
               Sharan Nirmul